IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN A. J. DENCH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL J. ASTRUE** | : | **NO. 11-869** |

## ORDER

**AND NOW**, this 24th day of October, 2011, upon consideration of Plaintiff's Request for Review (Document No. 1), the defendant's response (Document No. 9), the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, (Document No. 11), no objections having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. The plaintiff's Request for Review is **DENIED.**

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.